# EXHIBIT A

## KIM TRAN

**IP Address:** 140.192.173.148 2007-02-09 05:44:29 EST

**CASE ID#** 117689979

**P2P Network:** Gnutella

**Total Audio Files:** 555

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Interscope Records | Limp Bizkit | Break Stuff | Significant Other | 279-827 |
| Motown Record Company, L.P. | Erykah Badu | My Life | Mama's Gun | 295-614 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Hero | Music Box | 178-631 |
| Arista Records LLC | Santana | Smooth | Supernatural | 289-833 |
| Atlantic Recording Corporation | Jewel | Hands | Spirit | 261-953 |
| Interscope Records | Eve | Let Me Blow Ya Mind | Scorpion | 293-364 |
| Interscope Records | City High | Caramel | City High | 297-264 |
| UMG Recordings, Inc. | The Roots | Break You Off | Phrenology | 314-538 |
| BMG Music | Tyrese | How You Gonna Act Like That | I Wanna Go There | 322-486 |