**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Plaintiffs
INTERSCOPE RECORDS, et al.
v                                             Case Number:
KIM TRAN
Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR

INTERSCOPE RECORDS; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; UMG RECORDINGS, INC.; and BMG MUSIC

| | |
|---|---|
| NAME (Type or print) Keith W. Medansky | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) /s/ Keith W. Medansky | |
| FIRM DLA PIPER US LLP | |
| STREET ADDRESS 203 N. LaSalle Street  Suite 1900 | |
| CITY/STATE/ZIP Chicago, IL 60601-1293 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06195673 | TELEPHONE NUMBER (312) 368-4000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 479**
JUDGE MAROVICH
MAGISTRATE JUDGE NOLAN