**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Plaintiffs
INTERSCOPE RECORDS, et al.
v
KIM TRAN
Defendant

Case Number: **08 C 479**

**JUDGE MAROVICH**
**MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

INTERSCOPE RECORDS; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; UMG RECORDINGS, INC.; and BMG MUSIC

| | |
|---|---|
| NAME (Type or print) | |
| Amanda C. Jones | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| /s/ Amanda C. Jones | |
| FIRM | |
| DLA PIPER US LLP | |
| STREET ADDRESS | |
| 203 N. LaSalle Street Suite 1900 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60601-1293 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| ARDC #06286509 | (312) 368-4000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |

CHGO1\31143687.1