CH

J. LEFKOW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Interscope Records et al. | ) | |
| | ) | |
| Vs. | ) | Case No. 08 C 479 |
| | ) | |
| Kim Tran | ) | |

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT

It appearing that the above-captioned case has been assigned to the calendar of Judge Marovich in error; it is recommended that the assignment be vacated and the case be reassigned to the next available Judge by lot.

MICHAEL W. DOBBINS, CLERK

Dated: February 8, 2008                    C. Mercado, Deputy Clerk

*********************************************************************

### ORDER OF THE EXECUTIVE COMMITTEE

**IT IS HEREBY ORDERED** that the Clerk of the Court reassign the above-captioned case by lot to the calendar of an active judge of this court in accordance with the Rules.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Dated: FEB 1 1 2008

James F. Holderman
Chief Judge

Pursuant to 28 USC Section 294(b), Senior Judge Marovich does not receive patent or trademark cases at this time.