AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

INTERSCOPE RECORDS, a California general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,

V.

KIM TRAN

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**08 C 479**

JUDGE MAROVICH
MAGISTRATE JUDGE NOLAN

TO:

    Kim Tran
    2250 N. Sheffield
    Ste 317
    Chicago, IL 60614

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

    **Keith W. Medansky**    Phone: (312) 368-4000
    **Ann Marie Bredin**    Fax:   (312) 236-7516
    **Amanda C. Jones**
    **DLA PIPER US LLP**
    **203 N. LaSalle Street Suite 1900**
    **Chicago, Illinois 60601-1293**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

*/s/ Nadine Hurley*

**(By) DEPUTY CLERK**

DATE

**January 23, 2008**

Date



IN THE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **INTERSCOPE RECORDS, A CALIFORNIA GENERAL PARTNERSHIP; ET AL.,**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**KIM TRAN**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **08 C 479**<br><br>DECLARATION OF SERVICE OF:<br>**SUMMONS; CIVIL COVER SHEET; COMPLAINT; EXHIBITS; CASE MANAGEMENT PROCEDURES; FEDERAL RULES OF CIVIL PROCEDURE: GENERAL PROVISIONS REGARDING DISCOVERY; DUTY OF DISCLOSURE; LOCAL RULES; NOTICE TO DEFENDANT; TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT; NOTIFICATION OF DOCKET ENTRY** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **16th day of March, 2008, at 9:38 PM**, at the address of **6317 N RICHMOND Street APT. 1, CHICAGO, Cook County, IL 60659**; this declarant served the above described documents upon **KIM TRAN**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **KIM TRAN, NAMED DEFENDANT, An Asian female approx. 18-21 years of age 5'2"-5'4" in height weighing 120-140 lbs with brown hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Illinois** that the statement above is true and correct.

DATED this **17th day of March, 2008**.

_____
Steven A Stosur, Reg. # 117-001119, IL

FOR: **DLA PIPER US LLP**
REF: **TRANKIM|117689979**

ORIGINAL PROOF OF SERVICE

Tracking #: **5256050 SEA**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/16/2008 |
| NAME OF SERVER (PRINT) Steven A. Stosur | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
   6317 N. RICHMOND ST. #1, CHICAGO, IL 60659

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/1/2008
              Date

Signature of Server

27 N. WACKER DR., #431, CHICAGO, IL 60606
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.