Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 479 | **DATE** | 5/15/2008 |
| **CASE TITLE** | Interscope Records, et al. vs. Tran | | |

**DOCKET ENTRY TEXT**

Status hearing stricken. Enter Judgment and Permanent Injunction Based on Stipulation. Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|